**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1372**

In re: CEI, LLC,

                Debtor.

----------------------------------------------

BRENDA L. LIVESAY,

                Party-in-Interest - Appellant,

      v.

KENNETH W. LIVESAY; GLOBAL FIBER, LLC,

                Defendants - Appellees,

      and

LANGDON M. COOPER, Trustee in Bankruptcy for CEI, LLC aka Communications Electrical Industries, LLC,

                Trustee - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Max O. Cogburn, Jr., District Judge. (1:16-cv-00361-MOC)

Submitted: November 30, 2017              Decided: December 13, 2017

Before WILKINSON, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

―――――――――

Charles R. Brewer, Gary A. Dodd, Asheville, North Carolina, for Appellant. D. Rodney Kight, Jr., KIGHT LAW OFFICE, PC, Asheville, North Carolina; Langdon M. Cooper, Sharon S. Dove, MULLEN, HOLLAND & COOPER, PA, Gastonia, North Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda L. Livesay appeals from the district court's order affirming the bankruptcy court's orders denying her renewed motion to intervene in an adversary proceeding filed by the bankruptcy trustee, denying her motion to conduct discovery, and quashing subpoenas she issued. We have reviewed the record submitted on appeal and the arguments of the parties and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Livesay v. Livesay*, No. 1:16-cv-00361-MOC (W.D.N.C. Mar. 17, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*